Roger G. Segal (2908)
Chapter 7 Trustee
COHNE, RAPPAPORT & SEGAL, P.C.
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
*roger@crslaw.com*

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 MAY -6 PM 3: 15

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:                              :
                                    :    Bankruptcy No. 09-20181
CLAYTON, ANDREA                     :
                                    :    [Chapter 7]
              --ooOoo--

### DEPOSIT OF UNCLAIMED FUNDS

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that:

| XX | A | The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on said check(s), and/or |
| --- | --- | --- |
| ____ | B | The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010. |

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
| --- | --- | --- |
| 106  M. C. | Unknown Creditor (Midvalley Clinic)<br>2618 West 7800 South Ste 200<br>West Jordan, UT 84088 | $45.18 |

The addresses listed above constitute the last known address of the creditors in question. The check represents said funds and is payable to the United States Bankruptcy Court.

DATED: May 6th, 2010

_____
Roger G. Segal, Trustee